IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NATASHA L. CUNNINGHAM,<br>AIS # 268169,<br><br>    Petitioner,<br><br>v.<br><br>DEIDRA WRIGHT, *et al.*,<br><br>    Respondents. | CIVIL ACT. NO. 1:19-cv-396-ECM<br>(WO) |

## MEMORANDUM OPINION and ORDER

On September 27, 2019, the Magistrate Judge entered a Recommendation that the Petitioner's habeas petition be dismissed with prejudice (doc. 15) to which no objections have been filed. Upon an independent review of the file, upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, the petition for writ of habeas corpus is DENIED, and this case is DISMISSED without prejudice to allow Cunningham to exhaust her state court remedies.

Done this 23rd day of October, 2019.

                                                  /s/ Emily C. Marks
                                                EMILY C. MARKS
                                                CHIEF UNITED STATES DISTRICT JUDGE